IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- x
                                                              )
Daniel J. Edelman, Inc., d/b/a Edelman,                       )
                                                              )   **Case No.: 08 CV 7162**
            Plaintiff,                                        )
    v.                                                        )   Judge Aspen
                                                              )
dna13, Inc.,                                                  )   Magistrate Judge Cole
                                                              )
            Defendant.                                        )
------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, plaintiff DANIEL J. EDELMAN, INC. d/b/a EDELMAN ("Edelman"), by its undersigned counsel, hereby dismisses without prejudice, all claims and causes of action against defendant DNA13, INC. ("Defendant"), without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or motion for summary judgment herein.

Dated: January 6, 2009        SEYFARTH SHAW LLP

                              By: _____
                              One of the Attorneys for Plaintiff
                              DANIEL J. EDELMAN, INC.

Bart A. Lazar, Esq.
**SEYFARTH SHAW LLP**
131 S. Dearborn, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Attorneys for Plaintiff
Daniel J. Edelman, Inc.

CH1 11638750.1