Daniel J. Edelman Inc v. dna13 Inc                                                                                          Doc.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Daniel J. Edelman Inc
                    Plaintiff,

v.	Case No.: 1:08−cv−07162
    Honorable Marvin E. Aspen

dna13 Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2009:

    MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and notice of voluntary dismissal without prejudice filed on 1/7/09 (Dkt. No. 5), this action is dismissed without prejudice and without costs or attorneys' fees to any party.Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Dockets.Justia.com